James A. Mitchell (Admitted *Pro Hac Vice*)
  MitchellJ@ballardspahr.com
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (646) 346-8006; Fax: (212) 223-1942

Robert S. Gutierrez (State Bar No. 143223)
  GutierrezR@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Tel.: (424) 204-4400; Fax: (424) 204-4350

Attorneys for Defendants
DAVID PECKER and WORLDWIDE MEDIA
SERVICES GROUP, INC. (successor in name to
American Media, Inc.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| MICHAEL SANCHEZ, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMERICAN MEDIA, INC., a Delaware corporation; THE NATIONAL ENQUIRER, INC., a Florida corporation; DAVID PECKER, an individual; DYLAN HOWARD, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-02924 DMG (PVCx)<br><br>**DECLARATION OF JAMES ROBERTSON IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>[Defendants' Special Motion to Strike, Memorandum and Proposed Order filed concurrently herewith]<br><br>**CTRM:** 8C<br>**DATE:** July 31, 2020<br>**TIME:** 9:30 A.M. |

# DECLARATION OF JAMES ROBERTSON

I, James Robertson, declare as follows:

1. I am an Editor at American Media, LLC ("American Media"), publisher of several celebrity and active lifestyle media brands, including the *National Enquirer*, *Star*, *Muscle & Fitness*, and *Radar*. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. On September 11, 2018, I received an email from my colleague, Andrea Simpson, Senior News Editor with American Media, informing me that she had received a lead for a possible story. She stated that a source reported having a friend who worked for a Bill Gates-type, a well-known billionaire who was married and having an affair with a B-list actress who was also married. A true and correct copy of Ms. Simpson's September 11, 2018 email to me is attached hereto as Exhibit A.

3. On September 26, 2018, I received an email from Ms. Simpson with more information about this story lead. She told me that her source's friend had pitched the story to the *Daily Mail*, a British publication, behind his back, and had been offered $300,000. Ms. Simpson told me that her source wanted American Media to sign a non-disclosure agreement (NDA) before he would share the information and evidence about the billionaire affair story. A true and correct copy of this September 26, 2018 email from Ms. Simpson is attached hereto as Exhibit B.

4. On October 3, 2018, I received an email from Ms. Simpson, informing me that she was meeting with the source to see the texts between the billionaire and the other woman. A true and correct copy of this email is attached hereto as Exhibit C.

5. On October 7, 2018, I received an email from Ms. Simpson, informing

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

1 me, among other things, of the following:

2 "Met with source.

3 He is still not giving me the name or copies of texts.

4 But I did see photos from the texts, no faces.

5 He says the billionaire is in his 50s.  Prob top 7 in the world.  Just

6 doing a look around and by the body, I think it may be Jeff Bezos.

7 Source says his wife is also famous and the mistress's husband is

8 also famous.

9 Texts are sexy and he's in love with the mistress—I've been told

10 they plan on separating from their wife/husband soon.

11 And if we make a deal, we can send a photog [to] get pics of them

12 secretly meeting up."

13 A true and correct copy of this October 7, 2018 email from Ms. Simpson is

14 attached hereto as Exhibit D.

15       6. On October 17, 2018, Ms. Simpson's source, Michael Sanchez, sent

16 me an email asking for financial parameters for selling AMI the story about "Jeff

17 Bezos having love affair with a married celebrity," and requesting "at least

18 $300,000 for the story."  A true and correct copy of Mr. Sanchez's October 17,

19 2018 email is attached hereto as Exhibit E.

20       7. Mr. Sanchez and American Media, Inc. ("AMI") entered into a Non-

21 Disclosure and Confidentiality Agreement dated as of October 18, 2018.

22       8. On October 23, 2018, I met in New York with Mr. Sanchez and

23 former AMI executive Dylan Howard to discuss the information and evidence that

24 Mr. Sanchez had about Mr. Bezos having an affair with a married woman.  At the

25 meeting, Mr. Sanchez revealed that the married woman was his sister, Lauren

26 Sanchez.  In the course of the meeting, Mr. Sanchez told us that he had a below-

27 the-belt selfie of Mr. Bezos that he said Mr. Bezos had texted to Ms. Sanchez.  Mr.

28

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

1 Sanchez told us that he would show us the photograph at a later date. During the
2 meeting, Mr. Sanchez showed me a flash drive containing, among other things, a
3 summary of text messages and several color photographs that he told us Mr. Bezos
4 had sent to Lauren Sanchez. The photographs included Jeff Bezos shirtless, some
5 with a towel wrapped around his waist, and two photographs of a woman in a red
6 dress that revealed her cleavage. A true and correct copy of an October 23, 2018
7 email I received from Mr. Sanchez attaching this material, redacted to reveal only
8 information published in the *National Enquirer*, is attached hereto as Exhibit F.

9. AMI entered into an Exclusive Publishing Agreement with Mr. Sanchez relating to information, photographs, and text messages documenting an affair between Mr. Bezos and Lauren Sanchez. Pursuant to that agreement, Mr. Sanchez was paid $200,000. To my knowledge, that is the most money AMI has ever paid a source for a story.

10. On November 1, 2018, I sent an email to Mr. Sanchez and Mr. Howard, stating the following: "Just getting an email chain started for you devils to catch up in LA this weekend. I's to dot and t's to cross…and I would like to be on FaceTime for the big, ahem, reveal." The reference to the "big reveal" was a reference to Mr. Sanchez's prior statement to us at the October 23, 2018 meeting in New York that he would show us a photograph of Mr. Bezos' below-the-belt selfie. A true and correct copy of my November 1, 2018 email is attached hereto as Exhibit G.

11. Mr. Sanchez responded later that day to my email, stating in part, "Sounds great. Looking forward to seeing you and sharing my big, uh, um, news." A true and correct copy of Mr. Sanchez's November 1, 2018 email is attached hereto as Exhibit G.

12. On November 11, 2018, I received an email from Ms. Simpson about Mr. Bezos' and Ms. Sanchez's travel plans.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

13. On November 12, 2018, I received an email from Mr. Sanchez that stated in part: "Here are the screenshots (some duplicates and some you may not have seen yet). I don't have a lot of time so I'm sending you this batch to relieve any concerns from your attorney." A true and correct copy of this email and its accompanying screenshots, redacted so as to reveal only information that was later published in the *National Enquirer*, is attached hereto as Exhibit H.

14. On November 19, 2018, I sent an email to Ms. Simpson, asking, for purposes of further confirming the existence of an affair, if Mr. Bezos had given Ms. Sanchez any gifts. Later that day, I received an email from Ms. Simpson responding that, according to Mr. Sanchez, Mr. Bezos had given Ms. Sanchez a drinking flask as a gift.

15. On November 21, 2018, Mr. Howard and I, working out of AMI's New York offices, had a FaceTime conversation with Ms. Simpson and Mr. Sanchez who were in Los Angeles. During this conversation, I observed Ms. Simpson looking at a printed photograph that Mr. Sanchez represented was a below-the-belt selfie of Mr. Bezos. After the meeting, Mr. Sanchez sent a follow-up email to me and Mr. Howard, confirming that he had provided "Confidential Information" to AMI and was "looking forward to hearing Andrea [Simpson] describe" the below-the-belt selfie of Mr. Bezos. A true and correct copy of Mr. Sanchez's November 21, 2018 email to me is attached hereto as Exhibit I.

16. On November 27, 2018, I received an email from Ms. Simpson, relaying personal information she reported having received from Mr. Sanchez about Ms. Sanchez's and Mr. Bezos' marital situations.

17. On November 29, 2018, I received another email from Ms. Simpson relaying more personal information about Mr. Bezos and Lauren Sanchez which she reported having received from Mr. Sanchez, including details about their upcoming travel plans.

18. On November 30, 2018, I received an email from Ms. Simpson about more information about the travel plans of Mr. Bezos and Ms. Sanchez she reported having received from Mr. Sanchez.

19. On March 30, 2019, an article appeared in *The Daily Beast* entitled "Bezos Investigation Finds the Saudis Obtained His Private Data." The article, written by Gavin de Becker, stated among other things:

> "Our investigators and several experts concluded with high confidence that the Saudis had access to Bezos' phone, and gained private information. As of today, it is unclear to what degree, if any, AMI was aware of the details."

A true and correct copy of this March 30, 2019 *Daily Beast* article is attached hereto as Exhibit J.

20. On March 31, 2019, an article appeared in *The Daily Beast* entitled "National Enquirer Says Saudis Didn't Help on Bezos Story." The article stated the following:

> The *National Enquirer's* parent company said it had one and Only one source for its blockbuster exposé of Jeff Bezos: Michael Sanchez, the brother of Bezos' girlfriend Lauren Sanchez.
>
> An American Media Inc. spokesman responded Sunday to a Daily Beast op-ed from Bezos' security consultant Gavin de Becker, who wrote that his investigation had concluded that the Saudis had accessed the Amazon security chief's phone.
>
> The spokesman said in a statement:
>
> *Despite the false and unsubstantiated claims of Mr. de Becker, American Media has, and continues to, refute the unsubstantiated claims that the materials for our report*

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

> *were acquired with the help of anyone other than the single source who first brought them to us. The fact of the matter is, it was Michael Sanchez who tipped the National Enquirer off to the affair on Sept. 10, 2018, and over the course of four months provided all of the materials for our investigation. His continued efforts to discuss and falsely represent our reporting, and his role in it, has waived any source confidentiality. There was no involvement by any other third party whatsoever.*

A true and correct copy of this March 31, 2018 *Daily Beast* article is attached hereto as Exhibit K.

    21.    The statements above from the *National Enquirer* spokesperson are true. Mr. Sanchez tipped the *National Enquirer* off to the affair in September 2018 when Andrea Simpson informed me that Mr. Sanchez had given her a lead about a married billionaire having an affair with a married woman. From that point forward through January 9, 2019 when the *National Enquirer* published its first story about the affair between Mr. Bezos and Ms. Sanchez, Mr. Sanchez was the only person who provided AMI with the information, details and evidence about the couple's affair. There was no Saudi involvement in AMI's investigation or reporting of the affair between Mr. Bezos and Lauren Sanchez.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this **29** day of June, 2020, at **NEW YORK, NY**.

_____
James Robertson