# EXHIBIT A

**From:** "Simpson, Andrea" <asimpson@radaronline.com>
**Date:** Tuesday, September 11, 2018 at 2:26 PM
**To:** "Robertson, James" <jrobertson@amilink.com>
**Subject:** another great story - crossing fingers

My source has another potentially great story—he says his friend works for a Bill Gates-type, well-known billionaire who is married

and having an affair with a B list married actress. Been going on for 2 years. This mega millionaire was bragging via text to this friend who is a lower level exec in entertainment (but still reputable) and decided to send him a text about the actress he's having an affair with.

Well, in doing that he inadvertently texted him dick pics, maybe 8 pics with his face (working out etc), sexy photos of the actress and sexual texts between the two.

I'm trying to get a meeting with the guy and my source – who wants to sell this for a huge amount of $.

I told my source let's meet and go from there so I can get the name, see the pics.

Keep you posted.