# EXHIBIT B

On Sep 26, 2018, at 4:01 PM, Simpson, Andrea <asimpson@radaronline.com> wrote:

NDA will have to be a bit vague given I don't know names.

I'll fill in what I know.

**From:** "Robertson, James" <jrobertson@amilink.com>

**Date:** Wednesday, September 26, 2018 at 12:53 PM
**To:** "Simpson, Andrea" <asimpson@radaronline.com>, "Tillett, Andy" <atillett@amilink.com>
**Subject:** Re: another great story - crossing fingers

A Bill Gates-type and a B-list actress... fine to send NDA.

---

**From:** Simpson, Andrea
**Sent:** Wednesday, September 26, 2018 3:50:22 PM
**To:** Robertson, James; Tillett, Andy
**Subject:** FW: another great story - crossing fingers

Hi,

Wanted to add on to this.

We can discuss after deadline.

My source says his friend pitched Daily Mail behind his back and they have seen the texts etc. They offered him $300k—my source was kept out of it so was taken by surprise.

My source is working with the guy who has all the info./is the friend of the billionaire.

Source asked for an NDA and he'll show me what he has so possibly we can make an estimated offer -- and then we can see it all.