# EXHIBIT C

**To:** Robertson, James <jrobertson@amilink.com>
**Cc:** Tillett, Andy <atillett@amilink.com>
**From:** Simpson, Andrea[asimpson@radaronline.com]
**Sent:** Wed 10/3/2018 7:27:37 PM (UTC)
**Subject:** Re: another great story - crossing fingers

Meeting with source on this to see texts etc tomorrow at 9 am.