James A. Mitchell (Admitted *Pro Hac Vice*)
  MitchellJ@ballardspahr.com
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (646) 346-8006; Fax: (212) 223-1942

Robert S. Gutierrez (State Bar No. 143223)
  GutierrezR@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Tel.: (424) 204-4400; Fax: (424) 204-4350

Attorneys for Defendants
DAVID PECKER and WORLDWIDE MEDIA
SERVICES GROUP, INC. (successor in name to
American Media, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| MICHAEL SANCHEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN MEDIA, INC., a Delaware corporation; THE NATIONAL ENQUIRER, INC., a Florida corporation; DAVID PECKER, an individual; DYLAN HOWARD, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02924 DMG (PVCx)<br><br>**DECLARATION OF ANDREA SIMPSON IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>[Defendants' Special Motion to Strike, Memorandum and Proposed Order filed concurrently herewith]<br><br>**CTRM:** 8C<br>**DATE:** July 31, 2020<br>**TIME:** 9:30 A.M. |

DMEAST #40834546 v1

DECLARATION OF ANDREA SIMPSON IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE

# DECLARATION OF ANDREA SIMPSON

I, Andrea Simpson, declare as follows:

1. I am an entertainment news journalist and Senior News Editor with American Media, LLC ("American Media") publisher of several celebrity and active lifestyle media brands, including the *National Enquirer*, *Star*, *Muscle & Fitness*, and *Radar*. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. On September 10, 2018, I received a lead for a story from Michael Sanchez, a Hollywood talent manager. He told me that he had a friend who worked for a well-known, Bill Gates-type billionaire who was married and having an affair with a B-list married actress.

3. That same day, I sent an email to my colleague Dylan Howard, who at the time was Chief Content Officer at American Media, Inc. ("AMI"). I relayed to him what Mr. Sanchez had told me. A true and correct copy of my September 10, 2018 email to Mr. Howard is attached hereto as Exhibit A.

4. The following day, I sent an email to my colleague, James Robertson, Senior Managing Editor with AMI, relaying the information Mr. Sanchez had shared with me about the married billionaire. A true and correct copy of my September 11, 2018 email to Mr. Robertson is attached hereto as Exhibit B.

5. On September 26, 2018, I wrote to Mr. Robertson and informed him that Mr. Sanchez had told me that his friend had pitched the story to the *Daily Mail*, a British publication, and had been offered $300,000, and that AMI would need to sign a non-disclosure agreement (NDA) before he could show me the information and evidence of the affair. Shortly after my conversation with Mr. Sanchez, I sent emails to Mr. Robertson and Andy Tillett, News Editor at AMI, summarizing my conversation with Mr. Sanchez and explaining that the NDA would need to be vague since I did not know the names of the billionaire or actress. A true and correct copy of these September 26, 2018 email exchanges with Mr. Robertson

about Mr. Sanchez is attached hereto as Exhibit C.

6. Shortly after receiving my September 26, 2018 email, Mr. Tillett sent me an email offering the name of "Evan Spiegel" as the possible mystery billionaire. Because I did not know the identity of the billionaire, I responded by email: "We shall see. I've been told somewhere between Mark Zuckerberg and Michael Dell. I'm quite curious." A true and correct copy of these September 26, 2018 email exchanges with Mr. Tillett is attached hereto as Exhibit D.

7. Later on September 26, 2018, I received a text from Mr. Sanchez, stating:

> "NDA should say 'text messages & multiple photos that are deemed to be of a sexual and/or inappropriate nature involving, per Source's description a Bill Gates-type, well-known billionaire who is married and having a year-plus affair with a B-list married celebrity'"

A true and correct copy of this September 26, 2018 text from Mr. Sanchez is attached hereto as Exhibit E.

8. On September 29, 2018, I sent a text to Mr. Sanchez, asking if we could meet in a couple of days to discuss a possible deal for AMI to publish a story about the affair.

9. On October 1, 2018, Mr. Sanchez sent me a text stating that he might need more time because he still didn't have "the package."

10. On October 3, 2018, Mr. Sanchez sent me a text proposing that we meet the following day. I then sent an email to Mr. Robertson and Mr. Tillett, informing them that I was meeting with my source the next day to see the texts between the billionaire and the actress. A true and correct copy of my October 3, 2018 email to Mr. Robertson and Mr. Tillett is attached hereto as Exhibit F.

11. On October 5, 2018, Mr. Sanchez and I met, and he showed me text messages, and photographs in texts, he said the billionaire had sent the actress. Mr. Sanchez did not show me any faces or give me names of the billionaire and actress.

DMEAST #40834546 v1   3
DECLARATION OF ANDREA SIMPSON IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

He told me that his friend was afraid he would lose his job for sharing the information, and therefore wanted a lot of money in return for releasing the evidence. He also told me that if we made a deal, AMI could send a photographer to capture photographs of secret meetings between the billionaire and the actress.

12. On October 7, 2018, I sent an email to Mr. Robertson, informing him that I had met with the source. Among other things, I relayed to him the following:

> "Met with source.
>
> He is still not giving me the name or copies of texts.
>
> But I did see photos from the texts, no faces.
>
> He says the billionaire in is his 50s. Prob top 7 in the world. Just doing a look around and by the body, I think it may be Jeff Bezos.
>
> Source says his wife is also famous and the mistress's husband is also famous.
>
> Texts are sexy and he's in love with the mistress—I've been told they plan on separating from their wife/husband soon.
>
> And if we make a deal, we can send a photog get pics of them secretly meeting up."

A true and correct copy of my October 7, 2018 email to Mr. Robertson is attached hereto as Exhibit G.

13. On October 12, 2018, I received a text from Mr. Sanchez, asking about the status of the NDA. He also stated that his friend was going to go with the *Daily Mail* if AMI did not make a deal by the following day.

14. On October 16, 2018, I sent an email to Mr. Howard, stating, in part:

> "Michael said he was going to call you to give you the name.
>
> Doesn't have authority or permission to give it to me.
>
> Which is absolutely ridiculous. So you both can discuss separately.
>
> If/when he gives it to you, please let me know."

A true and correct copy of this portion of my October 16, 2018 email to Mr.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

Howard is attached hereto as Exhibit H.

15. On October 18, 2018, I sent an email to Mr. Howard and thanked him for speaking with Mr. Sanchez. In my email, I stated the following:

> "Thanks for talking to Michael. Hope he gave you the name so we have some clearer picture of what we're dealing with. You allowed to tell me?"

Mr. Howard responded to my email later that day, replying:

> "Bezos"

This was the first time I learned the identity of the billionaire Mr. Sanchez had been telling me was having an affair. A true and correct copy of these October 18, 2018 emails is attached hereto as Exhibit I.

16. On October 23, 2018, I learned from Mr. Howard that the woman having the affair with Mr. Bezos was Mr. Sanchez's sister, Lauren Sanchez. This was the first time I learned the identity of the woman having an affair with Mr. Bezos.

17. On November 11, 2018, Mr. Sanchez texted me specifics about Mr. Bezos and Ms. Sanchez's travel plans, after which I relayed the information to Mr. Robertson.

18. On November 19, 2018, Mr. Robertson sent me an email asking if Mr. Bezos had given Ms. Sanchez any gifts. I asked Mr. Sanchez and he told me that Mr. Bezos had given Ms. Sanchez a drinking flask. Later that day, I sent Mr. Robertson an email relaying this information.

19. Just before Thanksgiving 2018, I met with Mr. Sanchez in Los Angeles. He showed me a printed photograph of what he said was a below-the-belt selfie of Mr. Bezos. Mr. Sanchez told me that Mr. Bezos had texted the selfie to Lauren Sanchez, and that she had later shared the photo with Mr. Sanchez through the Signal messaging app. Mr. Sanchez told me that he had printed a screenshot of the photograph. During my meeting with Mr. Sanchez, we spoke on the phone

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMEAST #40834546 v1                     5
DECLARATION OF ANDREA SIMPSON IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE

with Mr. Howard and Mr. Robertson via FaceTime.

20. On November 23 and 27, 2018, I received emails from Mr. Howard, asking if Mr. Sanchez was receiving the cooperation of Mr. Bezos and Ms. Sanchez when providing AMI with information about the affair. I asked Mr. Sanchez and he told me that he was not.

21. On November 27, 2018, I sent an email to Mr. Howard, stating the following: "He says Lauren and Jeff are NOT in cooperation with him. Neither one have a clue." A true and correct copy of this email exchange with Mr. Howard, redacted as to other information, is attached hereto as Exhibit J.

22. Later that day, I spoke again with Mr. Sanchez on the phone. He told me that he had just spoken with his sister, Lauren Sanchez, and had received personal information about her marital situation that he then shared with me. He also gave me personal information about Mr. Bezos' marital situation. After this phone call, I sent an email to Mr. Howard and Mr. Robertson about the personal information I had just received from Mr. Sanchez.

23. On November 29, 2018, Mr. Sanchez provided me with more personal information about Mr. Bezos and Lauren Sanchez, including their upcoming travel plans. After this conversation, I sent an email to Mr. Howard and Mr. Robertson, summarizing the information I had received.

24. On November 30, 2018, Mr. Sanchez provided me with more information about the travel plans of Mr. Bezos and Ms. Sanchez. Afterwards, I sent an email to Mr. Howard and Mr. Robertson, summarizing the information that Mr. Sanchez had given me.

25. I did not know about Mr. Bezos' affair until after Mr. Sanchez tipped me off, on September 10, 2018, to a married billionaire having an affair with a married actress and later learned that it was Mr. Bezos. From that point forward through January 9, 2019 when the *National Enquirer* published its first story about the affair between Mr. Bezos and Lauren Sanchez, Mr. Sanchez was the only

1 person who provided me with personal details and evidence about the couple's
2 affair.
3     I declare under penalty of perjury under the laws of the United States of
4 America that the foregoing is true and correct.
5     Executed this 29th day of June, 2020, at Los Angeles, California.

*[signature]*
Andrea Simpson