Jonathan M. Jenkins (State Bar No. 193011)
  jjenkins@jklitigators.com
Lara T. Kayayan (State Bar No. 239384)
  lkayayan@jklitigators.com
Walter Sawicki (State Bar No. 223541)
  wsawicki@jklitigators.com
JENKINS KAYAYAN LLP
444 S. Flower St., Suite 1750
Los Angeles, California 90071
Telephone: (310) 984-6800
Fax: (310) 984-6840

*Attorneys for Plaintiff*
*Michael Sanchez*

JENKINS KAYAYAN LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MICHAEL SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDIA, INC., a Delaware corporation; DAVID PECKER, an individual; DYLAN HOWARD, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02924-DMG (PVCx)<br><br>**DECLARATION OF NIKOLAOS TZIMA HATZIEFSTATHIOU ISO PLAINTIFF MICHAEL SANCHEZ'S SUPPLEMENTAL OPPOSITION TO SPECIAL MOTION TO STRIKE**<br><br>Action Filed: March 27, 2020<br><br>Judge:  Hon. Dolly M. Gee<br>Ctrm:  8C |

**JENKINS KAYAYAN** LLP

## DECLARATON OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

I, NIKOLAOS TZIMAS HATZIEFSTATHIOU, declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration, except as set forth on information and belief and, as to those facts, I am informed and believe them to be true.  If called as a witness in this action, I could and would testify competently and truthfully to such facts under oath.

2.      As described herein, until my resignation in September 2020, I was a reporter with American Media, Inc. ("AMI").  On or about August 10, 2018, Dylan Howard ("Mr. Howard"), AMI's Chief Content Officer and Vice President, personally assigned me to investigate billionaire Jeffrey Preston Bezos ("Mr. Bezos") and, in particular, information Mr. Howard had received from a source that Mr. Bezos was having an extramarital affair (the "Affair") with Lauren Wendy Sanchez ("Ms. Sanchez"), then married to Patrick Whitesell ("Mr. Whitesell"), Executive Chairman of Endeavor Group Holdings – still commonly referred to as William Morris Endeavor ("WME").

3.      In the following months, I conducted an investigation of Mr. Bezos and his "rags to riches" story, up to and including the Affair.  Among many other things, I interviewed potential and actual sources, conducted a background check on Mr. and Mrs. Bezos, their family, friends, neighbors, distant relatives, business partners, classmates, former girlfriends and boyfriends, obtained and scoured thousands of pages of documents pertaining to Mr. Bezos and his family members, including court records and documents obtained through Freedom of Information Act ("FOIA") requests, reviewed countless photographs taken by AMI or other media-related photographers, and conducted extensive online record services, all the while reporting directly to Mr. Howard and AMI's Head of News, James Robertson ("Mr. Robertson"). Subsequently, I received partial byline credit for *The National Enquirer's* print edition and byline credit for not fewer than eight stories about the Affair, published online by AMI publications *The National Enquirer* ("TNE"), *Us*

*Weekly* ("*Us Weekly*"), and RadarOnline.com ("RadarOnline") beginning on January 9, 2019, the day the Affair first became public knowledge:

    a.  January 9, 2019:  *Amazon Head Jeff Bezos & Wife MacKenzie Announce $160-Billion Divorce* (By Nik Hatziehstathiou);[1]

    b.  January 10, 2019:  *Lauren Sanchez: Jeff Bezos' Mystery Mistress Hid In Plain Sight* (By Nik Hatziefstathiou);[2]

    c.  January 10, 2019:  *Jeff Bezos' Wife Will Take Billions In Divorce — Or Spill His Dirtiest Secrets!* (By Andy Tillett & Nik Hatziefstathiou);[3]

    d.  January 15, 2019:  *Jeff Bezos Spotted Having Cozy Meal With Lauren Sanchez 9 Months Before Divorce* Announcement (By Nik Hatziefstathiou);[4]

    e.  January 22, 2019:  *Billionaire Jeff Bezos Busted — See The Shocking Cheating Photos That Destroyed His* Marriage (By Nik Hatziefstathiou);[5]

    f.  January 23, 2019:  *Playing Footsie! Jeff Bezos And Mistress Lauren Sanchez*

[1] https://www.nationalenquirer.com/videos/jeff-bezos-wife-mackenzie-divorce/ (last visited March 17, 2021).

[2] https://www.nationalenquirer.com/photos/lauren-sanchez-jeff-bezos-amazon-affair-divorce-scandal/ (last visited March 17, 2021).

[3] https://www.nationalenquirer.com/videos/jeff-bezos-divorce-wife-billions-secrets-scandal/ (last visited March 17, 2021).

[4] https://www.nationalenquirer.com/celebrity/jeff-bezos-spotted-on-cozy-date-with-lauren-sanchez-9-months-before-divorce-announcement/ (last visited March 17, 2021).

[5] https://www.nationalenquirer.com/photos/amazon-boss-jeff-bezos-affair-lauren-sanchez-exposed/ (last visited March 17, 2021).

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

*Caught Flirting On Dinner* Dates (By Nik Hatziefstathiou);[6]

g. <u>January 24, 2019</u>: *More Shame For Billionaire Jeff Bezos! Inside The Never-Before-Seen Texts To His Mistress* (By Nik Hatziefstathiou);[7] and

h. <u>January 28, 2019</u>: *Mackenzie Bezos Gets Even! Cheating Billionaire Jeff's Wife Has Upper Hand In Explosive Divorce* (By Andy Tillett and Nik Hatziefstathiou).[8]

4.      Throughout this entire period, not once did I communicate with the plaintiff in this action, Michael Sanchez ("Mr. Sanchez"), or use him as a source for any of my reporting on the Affair. My facts and materials were drawn entirely from other sources – most of whom I leave unnamed in this Declaration because, as a journalist, I intend to respect and honor their expectation of source confidentiality.

5.      I also learned, directly from Mr. Howard, the identity of AMI's original and primary source for information and materials relating to the Affair. Although I would prefer that this Declaration be filed under seal for confidential consideration by the Court, if necessary, I am willing and prepared to publicly identify that original, primary source for the sake of preventing the grave injustice that would otherwise result should the lies that have been foisted upon this Court and the public at large go unchallenged.

---

[6] https://www.nationalenquirer.com/photos/playing-footsie-jeff-bezos-and-mistress-lauren-sanchez-caught-flirting-on-dinner-dates/ (last visited March 17, 2021).
[7] https://www.nationalenquirer.com/celebrity/more-shame-for-billionaire-jeff-bezos-inside-the-never-before-seen-texts-to-his-mistress/ (last visited March 17, 2021).
[8] https://www.nationalenquirer.com/celebrity/mackenzie-bezos-gets-even-cheating-billionaire-jeffs-wife-has-upper-hand-in-explosive-divorce/ (last visited March 17, 2021).

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

6.     I began working at AMI's main office in New York City, New York in or around May 23, 2018, initially as a "day rate" independent contractor after being recruited by Mr. Howard directly at a meeting at his office on May 15, 2018.

7.     On or about November 18, 2018, Mr. Howard asked if I desired the benefits of full-time and on December 17, 2018, I was hired as an employee, with the position of "Reporter." Attached hereto as **Exhibit 1** is a true and correct copy of such email thread.

8.     During my time at AMI, my job responsibilities were primarily to support and assist Mr. Howard in connection with AMI's investigative journalism in two different media formats: (a) AMI's array of print and online publications, including TNE; and (b) "podcast" television news broadcasting, a relatively new line of business that Mr. Howard had enthusiastically embraced and was attempting to further develop.

9.     Prior to my departure and throughout the course of my employment at AMI, I took out an *insurance policy* of sorts, in the event an instance such as this litigation, was revived and revised by my superiors at AMI, to safeguard me from criminal and civil prosecution *if or when* it ever arrived. The contents of the *insurance policy* showcase about a year and a half of over one million documents, consisting of emails, texts, paper documents, communications, notes, letters, photographs, well-over fifty hours of video and audio, including phone calls brokering deals to create shell companies for AMI at the request of Mr. Howard, "legal advice" from AMI attorneys on how to "legally" enter a home without it being considered a burglary, "legal advice" on how to "legally" flush cocaine down the toilet, the Bezos bedroom photos (as described in ¶ 49 of this Declaration), the Bezos tapes (as described in ¶ 50 of this Declaration), and the Bezos texts (as described in ¶ 51 of this Declaration), among other items, as described throughout this Declaration. The *insurance policy* is nearly 10 terabytes and rests on several electronic devices, *copies of which only exist in four locations in the United States*, as described in ¶ 52 of this Declaration.

10.    On Friday, August 10, 2018, I met with a source for cocktails at the

5

JENKINS KAYAYAN LLP

Plaza Hotel. While there, Mr. Howard phoned me and informed me that he wanted to discuss with me in confidence a new reporting assignment that pertained to a new podcast production deal between "AMI/WME" (the "Endeavor deal"). As we spoke, I took notes on a sheet of hotel stationery, a true and correct copy of which is attached hereto as **Exhibit 2**.

11.    Mr. Howard told me that the new assignment was for a planned story on Mr. Bezos. The source was Mr. Whitesell (at the time married to Ms. Sanchez), who wanted to take advantage of a "get out of divorce free card" that had fallen in his lap – namely, his discovery of the Affair. However, Mr. Whitesell was adamant that his involvement as the source could never be disclosed, under any circumstance whatsoever, stressing all communications and ties must be done "outside of AMI." Accordingly, Mr. Howard informed me, he needed "confirmation" of the Affair so that AMI could attribute its sourcing to someone other than Mr. Whitesell.

12.    Mr. Howard asked me to take, as part of the anticipated story, a "deep dive" into Mr. Bezos' current life and past, up to and including making contact with members of his distant family and members of his wife, Mackenzie Tuttle Bezos, immediate and distant family. Mr. Howard also indicated that Mr. Whitesell had romantic "ties" to a model named Pia, whom I subsequently learned was Pia Miller ("Ms. Miller"), a younger woman with whom Mr. Whitesell was having an affair and, on information and belief, to whom he is presently engaged. However, Mr. Howard specifically instructed me that I was not to attempt to make contact with Pia or any member of Mr. Whitesell's immediate family. Attached hereto as **Exhibit 3** is a true and correct copy of such an instance where Mr. Howard instructed me not to have contact with an individual who had a major role in a project that soon fell under the Endeavor deal.

13.    Furthermore, Mr. Howard instructed me to have absolutely no discussion about this topic *via* e-mail, text message or otherwise *obtainable* material. This was a common request at AMI. Attached hereto as **Exhibit 4** is a true and correct copy of

6

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

such an instance where Mr. Howard wanted all details *via* telephone only.

14.     I accepted Mr. Howard's assignment and successfully located and made contact with one of Mr. Bezos' distant family members, who agreed to be and was one of my sources for my articles regarding the Bezos affair.

15.     However, approximately one month later, despite having acquired considerable photographic evidence documenting the Affair, AMI still had not found a credible "alternative" source for having actually discovered it in the first place.

16.     In an email thread spanning September 9 and 10, 2018, at the direction of Mr. Howard, Mr. Robertson added two additional AMI reporters, in addition to myself, to the "deep dive" on Mr. Bezos.  Attached hereto as **Exhibit 5** is a true and correct copy of such email thread.

17.     On September 10, 2018, I reached out to ████████████, an individual I located whose mother attended high school with Mr. Bezos, in effort to obtain any potential photographs in his possession. Attached hereto as **Exhibit 6** is a true and correct copy of such social media private messages.

18.     On October 8, 2018, Mr. Howard emailed Mr. Robertson and Mr. Tillett, informing them he needed to see me for a "face-to-face meeting." The next day, Mr. Tillett emailed me in regard to the meeting and insisted its important, noting he would provide details *via* telephone when I was available. Attached hereto as **Exhibit 7** is a true and correct copy of such email thread.

19.     At the meeting, Mr. Howard briefed me further on the Endeavor agreement and asked me for an in-person update on the investigation into Mr. Bezos. Mr. Howard instructed me to "leave no stone unturned" and to cover Mr. Bezos "aggressively." Mr. Howard noted he wanted "pictures inside of Bezos' bedrooms" and "offices" at Amazon. During the meeting I learned we had resources "outside of AMI" at our disposal for this project and received the phone number for at-least one photographer who was conducting surveillance on "targets" in select investigative stories and features at the direction of AMI. As part of the surveillance, the

7

JENKINS KAYAYAN LLP

photographer would follow an individual for weeks-on-end, providing up-to-the-minute photographs *via* text message to Mr. Howard and Mr. Robertson. Citing what Mr. Howard called the "Bezos pre-packaged elements," he was adamant that we needed to get an insider in Mr. Bezos' "current life" stressing "at this point—don't give me labor pains. Just the baby."

20.     On October 22, 2018, I received an email from the Newsroom Coordinator to report to Mr. Howard's Executive Assistant to retrieve "documents from Dylan" to review for the reporting into Mr. Bezos. Attached hereto as **Exhibit 8** is a true and correct copy of such email thread.

21.     At 5:49 p.m. on October 23, 2018, as I was returning from Boston, Massachusetts from an assignment and headed to Philadelphia, Pennsylvania to board a flight to Orlando, Florida, for another assignment, both pertaining to the Endeavor agreement, I received an email titled "Jeff Bezos" from Mr. Robertson asking, "re-send me the features you worked on." Attached hereto as **Exhibit 9** is a true and correct copy of the pertinent email thread. That same night at 9:58 p.m. Mr. Howard emailed me: "Just checking in. You're my protégé." Attached hereto as **Exhibit 10** is a true and correct copy of the pertinent email thread.

22.     On November 6, 2018, after weeks of Mr. Robertson expressing frustration that I was reporting to Mr. Howard without first going through him, in addition to taking on tasks from then-Executive Producer, Steph Watts, who was hired as part of Mr. Howard's new venture with AMI/WME, I emailed Mr. Howard and asked for the chain-of-command at AMI. Attached hereto as **Exhibit 11** is a true and correct copy of such email thread.

23.     On January 4, 2019, just before 5:30 p.m., I met with Mr. Howard to discuss projects included in the Endeavor agreement. At the meeting, Mr. Howard briefed me further on the Endeavor agreement and its progress, including multi-million-dollar television and podcast deals which he referred to as projects "outside of AMI." I subsequently arranged for both in person and telephone conferences between

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

JENKINS KAYAYAN LLP

Mr. Howard, myself and various celebrities, their representatives, and figures at the center of high-profile criminal proceedings for television and podcast specials. This was also a matter that was prohibited to be discussed on AMI servers. Attached hereto as **Exhibit 12** is a true and correct copy of such email thread and text communications for dinner arrangements between high-profile individuals and Mr. Howard to discuss projects "outside of AMI."

24.    On Jan. 5, 2019, with Mr. Howard's express approval, I was given the title(s) National Correspondent, Television Producer & Talent Booker, in effort to further AMI's fluid deal with Endeavor. Attached hereto as **Exhibit 13** is a true and correct copy of such email thread.

25.    On January 10, 2019 (one day after the Affair was publicly revealed and my first story about it was published online on TNE's website), at approximately 3:28 p.m., while monitoring Mr. Whitesell's social media postings, I observed that he had apparently already changed his marital status to "Spouse(s): Lauren Sanchez (m. 2005-2019)" – suggesting that he and Ms. Sanchez had already divorced.  This struck me as inconsistent with the intended narrative that Mr. Whitesell had been blindsided by his wife's infidelity, so I alerted AMI editorial staff.

26.    At approximately 5:06 p.m. that evening, while monitoring news coverage regarding the Affair, I received a "push" notification from *TMZ*, with a headline titled: *Jeff Bezos' New Chick's Ex, NO WIFE, HAPPY LIFE ... Cruising Around L.A.*[9]

27.    This too struck me as inconsistent with the intended narrative that Mr. Whitesell had been blindsided by his wife's infidelity, so I alerted AMI editorial staff. However, this time I advised our reporters that the "Photo is on MEGA." Attached hereto as **Exhibit 14** is a true and correct copy of the pertinent email threads.  Later

---

[9] https://www.tmz.com/2019/01/10/jeff-bezos-lauren-sanchez-ex-husband-patrick-whitesell-los-angeles/

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

that day, Mr. Howard privately rebuked me for having circulated emails specifically drawing attention to Mr. Whitesell's actions in connection with the Affair.

28.    AMI holds an exclusive agreement (the "Photo agreement") with two primary paparazzi-style photo agencies, The MEGA Agency "MEGA" and Coleman-Rayner LLC "Coleman-Rayner" (collectively the "Photo agencies"). Under AMI's directives, the Photo agencies, on a regular basis, conduct surveillance on celebrities, financiers, high-profile figures, including multiple parties in this litigation and their attorneys, investigators, representatives and others *of interest* for weeks and months-on-end.

29.    Because of the "exclusive" relationship, AMI has always, to the best of my knowledge, during my employment, had *first dibs* on all photographs obtained by the Photo agencies. For example, throughout September and October 2018, AMI uploaded "exclusive" photos obtained by the Photo agencies (the "Bezos affair photos") showcasing Ms. Sanchez on October 18 and 19 wearing a wedding band, and a third gallery on October 30, 2018, without a wedding band; and photos of Ms. Sanchez wearing her wedding ring on September 18, 2018, in addition to photo galleries of Mr. Bezos. Attached hereto as **Exhibit 15** true and correct copy of the pertinent email thread.

30.    Nevertheless, merely *one*-story featuring Mr. Whitesell's smirk was printed online by AMI publication RadarOnline.com. Attached hereto as **Exhibit 16** is a true and correct copy of the pertinent email thread. The story was later changed to reflect a publication date of Jan. 17, 2020 at 11:43 p.m.[10]

*31.*    On or about January 14, 2019, *Us Weekly* published a story with a headline reading: *"Lauren Sanchez Steps Out Smiling After News of Jeff Bezos Affair: Pics."* In an email sent to AMI editorial staff dictated by Mr. Howard just *five minutes*

---

[10] https://radaronline.com/photos/jeff-bezos-mistress-husband-spotted-first-time-bombshell-affair-revealed/

after the story went live, Mr. Howard instructed editors to "exchange" the headline to *"All Smiles: First Photos Show Jeff Bezos' Girlfriend Carefree After Scandal."* Attached hereto as **Exhibit 17** is a true and correct copy of the pertinent email thread.

32.    Throughout the course of my employment, I was in introduced to David Leigh ("Mr. Leigh"), Chief Content Officer for MEGA, through Mr. Howard, who instructed me to provide him photographs I obtained on the field to syndicate for other media agencies to use. Attached hereto as **Exhibit 18** is a true and correct copy of an email thread where Mr. Howard instructed me to provide Mr. Leigh with photographs obtained inside the cabin of a high-profile murder-turned-kidnapping.

33.    At 2:33 p.m. on February 7, 2019 I received a high priority email from the Newsroom Coordinator to report to Mr. Howard's office for a meeting regarding the podcast deal between AMI and Endeavor Audio (a division of WME).  Attached hereto as **Exhibit 19** is a true and correct copy of such email thread.

34.    At the end of the meeting, Mr. Howard told me, in the presence of only Mr. Robertson, that now that the previously-made arrangement between AMI and Mr. Whitesell was completed, WME would be investing "several million dollars" into AMI's podcast production line, including resources for the three of us to further our income on projects conducted "outside of AMI." Mr. Howard said that he appreciated my hard work in connection with the reporting into Mr. Bezos and the Affair and wanted me closely involved in AMI's soon-to-expand podcast business.

35.    At 6:10 pm that same day, I received a "push" notification of a headline titled: *Amazon CEO Jeff Bezos Accuses National Enquirer Publisher of Blackmail and Extortion.*  I walked over to Mr. Robertson to bring the matter to his attention, but he dismissed me, stating he was already aware of it.

36.    That night, at approximately 11:57 p.m., using my personal Outlook account, I emailed Mr. Howard on his personal Gmail account to assure him that I stood by AMI and our reporting, noting "always here for anything I can do." Attached hereto as **Exhibit 20** is a true and correct copy of such email thread.

JENKINS KAYAYAN LLP

11

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

37. Several weeks later, on March 1, 2019 I received via e-mail a "DOCUMENT/COMMUNICATION PRESERVATION MEMORANDUM" demanding that all documents, including (at ¶ 6) "All documents concerning [AMI's] solicitation and/or receipt of Jeffrey Preston Bezos's personal communications and/or photographs." Attached hereto as **Exhibit 21** is a true and correct copy of such memorandum. I have fully complied with such preservation memorandum and have numerous responsive documents, including many that further support this Declaration, saved to the hard drive of a laptop computer, as described further on.

38. On March 25, 2019, I reached out to Help Desk New York ("Help Desk"), AMI's in-house IT, informing them that "AMI General Counsel asked I disable the auto delete feature on my account where emails are deleted after 6 months regarding the Jeff Bezos story." Emphasizing the seriousness of the matter, I noted once more: "They said I have to turn off auto delete, any way you could assist?" In an odd revelation from the Help Desk, I was ultimately informed that it was physically impossible to turn the feature off. Attached hereto as **Exhibit 22** is a true and correct copy of such email thread.

39. On April 5, 2019, Mr. Whitesell filed for divorce against Ms. Sanchez as planned. Shortly afterwards, that same day, Mr. Robertson sent me an email asking me to submit a trademark application for the phrase "Below the belt selfie." Attached hereto as **Exhibit 23** is a true and correct copy of such email thread.

40. In the following months, I continued to work directly for Mr. Howard on podcast production pursuant to the AMI/WME agreement. In fact, Mr. Howard insisted that I report directly and only to him regarding the podcasts, emailing, on May 12, 2019: "Do not report to anyone else." Attached hereto as **Exhibit 24** is a true and correct copy of such email.

41. In a series of bizarre and inexplicable events beginning on or about June 24, 2019, my home in Pennsylvania was searched by local law enforcement authorities, a laptop computer, hard drive, Samsung Galaxy S10, and two Apple

12
DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

JENKINS KAYAYAN LLP

iPhones containing a significant number of documents and emails that, in retrospect, are highly pertinent to this litigation, was seized, and I was charged with several misdemeanor violations, such as allegedly submitting falsified FOIA requests, related to my reporting activities at AMI. I immediately alerted Mr. Robertson and Mr. Rotstein of the emergency, as the electronic devices were owned by AMI and contained proprietary and confidential information. Attached hereto as **Exhibit 25** is a true and correct copy of such email.

42.    That same day, at or about 1:38 p.m. Eric Klee, who serves as Executive Vice President, Secretary, and Chief Legal Officer for AMI, drafted a generous *binding* agreement *via* e-mail that AMI "will cover" all of my "legal expenses in connection with this matter." As the "matter" is still very fluid, I have not submitted my legal expenses, among others, until I receive the final bill from such "matter." Attached hereto as **Exhibit 26** is a true and correct copy of the pertinent email thread.

43.    On June 27, 2019, I forewarned Mr. Howard, Mr. Robertson, Mr. Rotstein, Mr. Klee and Ms. Rafin *via* email that the electronics contained "contracts for both editorial and television, privileged documents pertaining to the Bezos story." Attached hereto as **Exhibit 27** is a true and correct copy of the pertinent email thread.

44.    At 1:57 p.m., Mr. Klee, in an email, said AMI would keep my defense attorney, A. Charles Peruto Jr. ("Mr. Peruto"), "updated regarding our efforts to protect our confidential information." Attached hereto as **Exhibit 28** is a true and correct copy of such email thread. Instead, according to AMI *outside* counsel Jim Mitchell ("Mr. Mitchell") of Ballard Spahr, in an email at 8:55 p.m. that night, Mr. Klee was "in the process of retaining" a criminal defense attorney to represent AMI and decide "what steps to take."

45.    On June 28, 2019, using my personal Outlook account, I emailed Mr. Howard, on his private email server, and emphasized "laptops have extremely sensitive information" with serious "implications that'll hit us all" if information was leaked by local authorities. Attached hereto as **Exhibit 29** is a true and correct copy

JENKINS KAYAYAN LLP

of the pertinent email thread.

46.     On or about July 2, 2019, Mr. Peruto emailed Mr. Klee, Ms. Rafin. Mr. Mitchell and AMI's *local* criminal defense attorney, Art Donato ("Mr. Donato"), writing "Simply put, my client needs to know if we are both on the same side with this search. If not, AMI should make you all aware what is on there." Attached hereto as **Exhibit 30** is a true and correct copy of such email thread.

47.     AMI declined to take any measures to protect or preserve the information contained on the laptop's hard drive and even denied owning the laptop.

48.     Instead, AMI informed me that I should "focus at home" and placed me on fully-paid administrative leave during pendency of the charges. I remained on fully-paid administrative leave for almost 14 months, until I tendered my resignation on September 18, 2020. Attached hereto as **Exhibit 31** is a true and correct copy of such communications.

49.     In or around September of 2020, I discovered that Mr. Sanchez had filed the present action and located a copy of AMI's anti-SLAPP motion, dated June 30, 2020. I was shocked by the knowingly and blatantly false statements it contained:

- Mr. Sanchez was not the "sole" source regarding the Affair. He was not even the *first* source or a significant source but perhaps one of the few *legal* sources who served as nothing more than a "paper trail" to justify having lewd photographs in our possession; to separate fact from fiction, our story was largely complete by the time Mr. Sanchez allegedly "disclosed" Mr. Bezos' identity to AMI on September 26, 2018. In reality, the only material we were unable to obtain from the countless sources was Mr. Howard's peculiar request for photographs inside of Mr. Bezos' empty bedroom and offices at Amazon without him present (the "Bezos bedroom photos"), to literally show an "insider" at Mr. Bezos' various properties for purposes only Mr. Howard could likely explain. Attached hereto as **Exhibit 32** is a true and correct copy a background check I conducted on Mr. Bezos as part of the "deep dive" dated

JENKINS KAYAYAN LLP

14

September 10, 2018. Moreover, attached hereto as **Exhibit 33** is a true and correct copy of an email from the Federal Bureau of Investigation ("FBI") informing me that they mailed material relevant to my reporting on Mr. Bezos to our newsroom on September 11, 2018.

- In fact, the identify of both Mr. Bezos and the original and primary source (Mr. Whitesell) was disclosed to me on August 10, 2018 by Mr. Howard directly.

- Mr. Howard was still adamant that we needed to obtain the Bezos bedroom photos well-after Mr. Sanchez allegedly came along. For example, on November 13, 2018, November 17, 2018, and January 2, 2019, Mr. Howard asked for updates on the Bezos bedroom photos, with a peculiar interest on Sunday January 6, 2019, three days before the Affair went public.

- Mr. Whitesell discovered the Affair and, by serving as AMI's secret, undisclosed source, literally turned the Affair into a "get out of divorce free card," allowing him to leave his wife for Ms. Miller, through a pre-planned divorce in which he appeared blameless and scandal-free, just months prior to WME's planned initial public offering in the summer of 2019.

49.   I included many of these facts in the resignation letter I submitted to AMI and its counsel in the present action on September 18, 2020, a true and correct copy of which is attached hereto as **Exhibit 34**.

50.   Furthermore, I ask this Court to consider sanctioning Mr. Mitchell, Mr. Klee, (collectively the "Counselors of record") for the facts set forth below, and refer the Counselors of record to the United States Attorney's Office for review of any disciplinary or criminal wrongdoing:

- Mr. Klee signed two conflicting documents that have come full circle: an *immunity deal* to *avoid criminal prosecution*, and a *retainer* to *hire a criminal defense attorney*, on behalf of AMI, to preserve and conceal electronics holding tens of thousands of responsive documents and communications, that, in the hands of the relevant parties, would bring some truth to this interesting fairytale

15

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

my superiors delivered to the Court and public at-large once and for all.

- Mr. Mitchell, to further Mr. Klee's plan to withhold this information from the Court, assisted Mr. Klee in retaining a criminal defense attorney, to bury electronics that would begin reversing this tragedy that we, AMI, could have prevented at the outset.

- Counsel of record worked overtime to withhold my mere existence from the Court and literally all relevant parties "outside of AMI."

- Counsel of record not only *drafted* the preservation memorandum, but *violated* it; by muzzling me, their *supposed* client, who signed and complied with the memorandum and, attorneys at AMI, including Mr. Klee, are very well aware of how thorough I was at compiling *source books* and *legal binders* as it related to my reporting at AMI. In fact, multiple attorneys within the company praised my in-depth source and legal binders that "made their job much easier." Yet, my source binder, in addition to the other material on my reporting on Mr. Bezos' was never of any interest to Counsel of record.

- Counsel of record, knowingly or unwittingly, understood and concealed the fact that AMI utilized surveillance tactics on parties ranging from attorneys, their families, representatives, and clients, with "Phase II" or "Plan B" beginning in or around April 2019, in various matters involving Mr. Bezos, including this specific litigation, after it was made known that the Federal Bureau of Investigation ("FBI") initiated an investigation into our reporting on Mr. Bezos for AMI to compile a black book containing material used to persuade Mr. Bezos' representatives to "think twice" before taking the investigation any further, including significant material showcasing at-least one of Mr. Bezos' primary attorneys being placed under surveillance ultimately leading to evidence of the attorney having an extramarital affair with history of domestic violence that went unreported, but used to simply remind said individuals of the consequences of furthering this investigation.

16

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

JENKINS KAYAYAN LLP

- Counsel of record advised staff to regularly record their conversations with sources and is aware of recordings (the "Bezos tapes") and their whereabouts, but, to the best of my belief, failed to provide the Bezos tapes to the Court, or even make anyone "outside of AMI" privy to their mere existence. Several of the Bezos tapes are contained in the seized electronics, with a lone backup at my desk, in a filing cabinet, at AMI's New York newsroom, in one of at-least 6 large envelopes and files, clearly labeled, "Jeff Bezos" in red sharpie, and other folders labeled "Jeff Bezos et al Phase 2" with documents and hard drives pertaining to the exposé on Mr. Bezos and the subsequent investigation conducted after Mr. Bezos released his Medium story on February 7, 2019.

- Communications between Counsel of record and AMI, it's staff, representatives and ***especially*** its executives, should not have an expectation or sense of attorney-client privilege, the reason is two-fold: First, AMI simply isn't permitted to commit any crime under their immunity agreement, so, asserting the Fifth Amendment isn't an option. Second, and most importantly, the seized electronics showcase incidents where attorneys employed by AMI instructed its staff, as "legal advice," me included, to violate the law and commit crimes while acting under the scope of our employment.

- One such instance, which is captured on camera during a film shoot and contained in the seized electronics, showcases Cameron Stretcher, AMI's then-General Counsel, directing me, in addition to an executive, two active police officers, and a film crew to ***literally flush cocaine down the toilet*** rather than call police, declaring, of course, that it was "legal advice."

51. Most importantly, contained on two iPhones gathering dust in an evidence locker are text communications and emails (the "Bezos texts") that will show certain parties, who are supposedly *representing* Mr. Bezos, *exhibiting sufficient moral bankruptcy to collude* with such an organization, perhaps in fear of retribution; but, Mr. Bezos, who is certainly not privy to the Bezos texts,

is entitled to an explanation to the contents and context of those communications. The material contained in the Bezos texts waive all expectations of asserting attorney-client privilege for both Mr. Bezos, his representatives, and Counsel of record, as Mr. Bezos, undoubtedly, is unaware of the contents of the Bezos texts.

52. Copies of the electronic devices holding the *insurance policy* sit in four specific places in the United States of America; 1) Delaware County Office of the District Attorney and/or the Pennsylvania Office of Attorney General; 2) attorney Norman A. Pattis and attorney Joseph P. Lesniak, who I authorized on or about May 2019, to release its contents in the event of my untimely death and or disappearance; and 3) the newsroom, in my desk, at 4 New York Plaza, Level 2, New York, New York, 10004, on a hard drive labeled: "Earthquake" which I left there on June 25, 2019, one day after authorities searched my Pennsylvania home and thirty minutes before Mr. Rotstein phoned me and informed me to "focus from home." The electronics have approximately 394 encrypted files, in which only Mr. Howard and myself have the key to decrypt, and I am able to provide the key to the Court, directly, if the Court and United States Government desires access, as Mr. Klee made clear in an email to always "cooperate with prosecutors." At Mr. Howard's request, I left "no stone unturned" in my robust portion of the investigation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on March 23, 2021 in Broomall, Pennsylvania.

NIKOLAOS TZIMAS HATZIEFSTATHIOU

DECLARATION OF NIKOLAOS TZIMAS HATZIEFSTATHIOU

JENKINS KAYAYAN LLP