James A. Mitchell (*Appearing Pro Hac Vice*)
  MitchellJ@ballardspahr.com
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (646) 346-8006
Fax: (212) 223-1942

Robert S. Gutierrez (State Bar No. 143223)
  GutierrezR@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Tel.: (424) 204-4400; Fax: (424) 204-4350

Attorneys for Defendants
DAVID PECKER and WORLDWIDE MEDIA
SERVICES GROUP, INC. (successor in name to
American Media, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| MICHAEL SANCHEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN MEDIA, INC., a Delaware corporation; THE NATIONAL ENQUIRER, INC., a Florida corporation; DAVID PECKER, an individual; DYLAN HOWARD, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-02924 DMG (PVCx)<br><br>**DECLARATION OF DAVID SEAN BONNETT IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE THE COMPLAINT**<br><br>**JUDGE:** Hon. Dolly M. Gee<br>**CTRM**:　8C, 8th Floor |

# DECLARATION OF DAVID SEAN BONNETT

I, David Sean Bonnett, declare as follows:

1. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. I submit this Declaration in support of Defendants' special motion to strike the Complaint of Plaintiff Michael Sanchez ("Mr. Sanchez.").

3. I am Executive Vice President, Digital Operations at Worldwide Media Services Group, Inc. ("WMSG"), successor in name to American Media, Inc. ("AMI"). WMSG is the publisher of *The National Enquirer* ("*TNE*") and *TNE's* online edition, www.nationalenquirer.com ("*TNE* Online").

4. As Executive Vice President, Digital Operations, I am fully involved in the technological operations of *TNE* Online and have first-hand knowledge concerning the website's operations and functionality, including its use of WordPress, a third-party web content management system ("CMS") that WMSG uses to host *TNE* Online and publish content to the website.

5. Anyone wishing to access the CMS must be issued a unique identification number ("CMS ID") and password. In my role as Executive Vice President, Digital Operations, I am fully involved in WMSG's process of issuing credentials to individuals to access the CMS, and am able to determine the individuals to whom such credentials have been issued.

6. I am aware that Nikolaos Hatziefstathiou ("Mr. Hatziefstathiou"), a former reporter at AMI, was provided with credentials to access the CMS on June 7, 2019. I am also aware that on March 24, 2021, Mr. Hatziefstathiou's credentials to access the CMS were deactivated.

7. The underlying data of articles published through the CMS are maintained in a relational database ("CMS Database") that is itself stored on servers in WMSG's control.

8. It is possible to query the CMS Database to view characteristics about

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

1  articles published on *TNE* Online, including information concerning the date and
2  time an article was published and, where applicable, the date and time that the
3  contents of a published article (i.e., as the article's headline, byline and main body)
4  have been modified ("Modification Date").

      9.    I have reviewed the Declaration of Mr. Hatziefstathiou, sworn to on March 23, 2021 (the "NH Declaration") and submitted by Mr. Sanchez in supplemental opposition to Defendants' special motion to strike. The NH Declaration states that Mr. Hatziefstathiou "received . . . byline credit for not fewer than eight stories" published online by various AMI publications. NH Decl. ¶ 3. Mr. Hatziefstathiou then goes on to identify the specific eight articles as to which he claims to have received a byline, seven of which are the following articles from *TNE* Online ("Selected Articles"):

    a. January 9, 2019: *Amazon Head Jeff Bezos & Wife MacKenzie Announce $160-Billion Divorce* (available at the URL https://www.nationalenquirer.com/celebrity/jeff-bezos-wife-mackenzie-divorce/) ("January 9 Article").

    b. January 10, 2019: *Lauren Sanchez: Jeff Bezos' Mystery Mistress Hid In Plain Sight* (available at the URL https://www.nationalenquirer.com/photos/lauren-sanchez-jeff-bezos-amazon-affair-divorce-scandal/) ("January 10 Article").

    c. January 15, 2019: *Jeff Bezos Spotted Having Cozy Meal With Lauren Sanchez 9 Months Before Divorce Announcement* (available at the URL https://www.nationalenquirer.com/celebrity/jeff-bezos-spotted-on-cozy-date-with-lauren-sanchez-9-months-before-divorce-announcement/) ("January 15 Article").

    d. January 22, 2019: *Billionaire Jeff Bezos Busted — See The Shocking Cheating Photos That Destroyed His Marriage* (available at the URL https://www.nationalenquirer.com/photos/amazon-boss-jeff-bezos-affair-lauren-sanchez-exposed/) ("January 22 Article").

    e. January 23, 2019: *Playing Footsie! Jeff Bezos And Mistress Lauren Sanchez Caught Flirting On Dinner Dates*, (available at the URL

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

https://www.nationalenquirer.com/photos/playing-footsie-jeff-bezos-and-mistress-lauren-sanchez-caught-flirting-on-dinner-dates/) ("January 23 Article").

f. January 24, 2019: *More Shame For Billionaire Jeff Bezos! Inside The Never-Before-Seen Texts To His Mistress* (available at the URL https://www.nationalenquirer.com/celebrity/more-shame-for-billionaire-jeff-bezos-inside-the-never-before-seen-texts-to-his-mistress/) ("January 24 Article").

g. January 28, 2019: *Mackenzie Bezos Gets Even! Cheating Billionaire Jeff's Wife Has Upper Hand In Explosive Divorce* (available at the URL https://www.nationalenquirer.com/celebrity/mackenzie-bezos-gets-even-cheating-billionaire-jeffs-wife-has-upper-hand-in-explosive-divorce/) ("January 28 Article").

## FORENSIC REVIEW

10.   In my role as Executive Vice President, Digital Operations, I was involved in a forensic examination of the CMS Database on March 24 and March 30, 2021.  The results of that examination demonstrate that a CMS user modified each of the Selected Articles on a date subsequent to the date each of the Selected Articles were published on *TNE* Online.  The specific dates the modifications were made to the Selected Articles (defined in ¶ 8, *supra*, as the Modification Date) are set forth in the schedule below.  On each of those dates, Mr. Hatziefstathiou's credentials to access the CMS were active.

| Article | Modification Date |
|---|---|
| January 9 Article | September 26, 2019 |
| January 10 Article | October 16, 2019 |
| January 15 Article | October 16, 2019 |
| January 22 Article | September 26, 2019 |
| January 23 Article | October 16, 2019 |
| January 24 Article | September 26, 2019 |
| January 28 Article | January 27, 2020 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of April, 2021, at PARKLAND, FL.

David Sean Bonnett

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400