James A. Mitchell (Admitted *Pro Hac Vice*)
  MitchellJ@ballardspahr.com
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (646) 346-8006; Fax: (212) 223-1942

Robert S. Gutierrez (State Bar No. 143223)
  GutierrezR@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel.: (424) 204-4400; Fax: (424) 204-4350

Attorneys for Defendants
DAVID PECKER and WORLDWIDE MEDIA
SERVICES GROUP, INC. (successor in name to
American Media, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| MICHAEL SANCHEZ, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN MEDIA, INC., a Delaware corporation; THE NATIONAL ENQUIRER, INC., a Florida corporation; DAVID PECKER, an individual; DYLAN HOWARD, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-02924 DMG (PVCx)<br><br>**DECLARATION OF BRADLEY R. GERSHEL IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE THE COMPLAINT**<br><br>**JUDGE:** Hon. Dolly M. Gee<br>**CTRM**:  8C, 8th Floor |

## DECLARATION OF BRADLEY R. GERSHEL

I, Bradley R. Gershel, declare as follows:

1. I am an associate at the law firm of Ballard Spahr LLP. I submit this declaration in support of the Supplemental Reply in Support of the Special Motion to Strike ("MTS") the Complaint of Plaintiff Michael Sanchez ("Mr. Sanchez") by Defendants' Worldwide Media Services Group, Inc.[1] and David Pecker ("Defendants"). I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. I have reviewed the Declaration of Nikolaos Tzimas Hatziefstathiou ("Mr. Hatziefstathiou"), sworn to on March 23, 2021 (the "NH Declaration") and submitted by Plaintiff Michael Sanchez in supplemental opposition to Defendants' MTS. The NH Declaration states that Mr. Hatziefstathiou "received . . . byline credit for not fewer than eight stories" published online by various AMI publications. NH Decl. ¶ 3. The NH Declaration identifies the specific eight articles as to which Mr. Hatziefstathiou claims to have received a byline, seven of which are the following articles from *TNE* Online ("Selected Articles"):

   a. January 9, 2019: *Amazon Head Jeff Bezos & Wife MacKenzie Announce $160-Billion Divorce* ("January 9 Article").

   b. January 10, 2019: *Lauren Sanchez: Jeff Bezos' Mystery Mistress Hid In Plain Sight* ("January 10 Article").

   c. January 15, 2019: *Jeff Bezos Spotted Having Cozy Meal With Lauren Sanchez 9 Months Before Divorce Announcement* ("January 15 Article").

   d. January 22, 2019: *Billionaire Jeff Bezos Busted — See The Shocking Cheating Photos That Destroyed His Marriage* ("January 22 Article").

   e. January 23, 2019: *Playing Footsie! Jeff Bezos And Mistress Lauren Sanchez Caught Flirting On Dinner Dates*, ("January 23 Article").

---

[1] It is my understanding that WMSG is the successor in name to American Media, Inc. ("AMI").

1

**DECLARATION OF BRADLEY R. GERSHEL IN SUPPORT OF
DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE**

f. January 24, 2019: *More Shame For Billionaire Jeff Bezos! Inside The Never-Before-Seen Texts To His Mistress* ("January 24 Article").

g. January 28, 2019: *Mackenzie Bezos Gets Even! Cheating Billionaire Jeff's Wife Has Upper Hand In Explosive Divorce* ("January 28 Article").

## AUTHENTICATED PRINTOUTS OF THE SELECTED ARTICLES

3. A true and correct copy of the April 29, 2021 Affidavit of Duncan Hall, Records Request Processor at the Internet Archive,[2] together with the accompanying Exhibit A which contains true and accurate copies of screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified below, is attached hereto as Exhibit A:

a. A printout of the publicly available, archived version of the January 9 Article from the Internet Archive's *Wayback Machine* at Archive.org ("Archive.org"), depicting the article as it appeared on *TNE* Online on January 11, 2019 ("Archived Version of the January 9 Article").

b. A true and correct printout of the publicly available, archived version of the January 10 Article from Archive.org, depicting the article as it appeared on *TNE* Online on February 3, 2019 ("Archived Version of the January 10 Article).

c. A true and correct printout of the publically available, archived version of the January 15 Article from Archive.org, depicting the article as it appeared on *TNE* Online on February 3, 2019 ("Archived Version of the January 15 Article").

d. A true and correct printout of the publicly available, archived version of

---

[2] It is my understanding that the Internet Archive is a non-profit organization that founded and maintains the *Wayback Machine*, a digital archive of the World Wide Web that operates by scouring the Internet using automated "crawlers" to collect and preserve digital copies of webpages as they appeared at various moments in time. *See* https://archive.org/about/. As of the date of this filing, this archived version of the corresponding *TNE* Online article, as with all archived versions of *TNE* Online articles accompanying this declaration, is the earliest archived version accessible on Archive.org.

the January 22 Article from Archive.org, depicting the article as it appeared on *TNE* Online on February 3, 2019 ("Archived Version of the January 22 Article").

    e. A true and correct printout of the publically available, archived version of the January 23 Article from Archive.org, depicting the article as it appeared on *TNE* Online on February 3, 2019 ("Archived Version of the January 23 Article").

    f. A true and correct printout of the publically available, archived version of the January 24 Article from Archive.org, depicting the article as it appeared on *TNE* Online on January 24, 2019 ("Archived Version of the January 24 Article").

    g. A true and correct printout of the publicly available, archived version of the January 28 Article from Archive.org, depicting the article as it appeared on *TNE* Online on January 28, 2019 ("Archived Version of the January 28 Article").

4. A true and correct printout of the January 9 Article as it appears today on *TNE* Online (available the URL: https://www.nationalenquirer.com/celebrity/jeff-bezos-wife-mackenzie-divorce/) ("Present Day Version of the January 9 Article") is attached hereto as Exhibit B.[3]

5. A true and correct printout of the January 10 Article as it appears today on *TNE* Online (available at the URL https://www.nationalenquirer.com/photos/lauren-sanchez-jeff-bezos-amazon-affair-divorce-scandal/) ("Present Day Version of the January 10 Article") is attached hereto as Exhibit C.

6. A true and correct printout of the January 15 Article as it appears today

---

[3] On April 29, 2021, I captured each of the screenshots accompanying this declaration as Exhibits B through H using a Windows 10-operated PC, and by navigating to the specified hyperlinks using the web browser Google Chrome, Version 90.0.4430.85 (Official Build) (64-bit).

3

**DECLARATION OF BRADLEY R. GERSHEL IN SUPPORT OF**
**DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE**

on *TNE* Online (available at the URL https://www.nationalenquirer.com/celebrity/jeff-bezos-spotted-on-cozy-date-with-lauren-sanchez-9-months-before-divorce-announcement/) ("Present Day Version of the January 15 Article") is attached hereto as Exhibit D.

7.   A true and correct printout of the January 22 Article as it appears today on *TNE* Online (available at the URL https://www.nationalenquirer.com/photos/amazon-boss-jeff-bezos-affair-lauren-sanchez-exposed/) ("Present Day Version of the January 22 Article") is attached hereto as Exhibit E.

8.   A true and correct printout of the January 23 Article as it appears today on *TNE* Online (available at the URL https://www.nationalenquirer.com/photos/playing-footsie-jeff-bezos-and-mistress-lauren-sanchez-caught-flirting-on-dinner-dates/) ("Present Day Version of the January 23 Article") is attached hereto as Exhibit F.

9.   A true and correct printout of the January 24 Article as it appears today on *TNE* Online (available at the URL https://www.nationalenquirer.com/celebrity/more-shame-for-billionaire-jeff-bezos-inside-the-never-before-seen-texts-to-his-mistress/) ("Present Day Version of the January 24 Article") is attached hereto as Exhibit G.

10.   A true and correct printout of the January 28 Article as it appears today on *TNE* Online (available at the URL https://www.nationalenquirer.com/celebrity/mackenzie-bezos-gets-even-cheating-billionaire-jeffs-wife-has-upper-hand-in-explosive-divorce/) ("Present Day Version of the January 28 Article") is attached hereto as Exhibit H.

**DECLARATION OF BRADLEY R. GERSHEL IN SUPPORT OF
DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE**

**COMPARISON OF THE ARCHIVED
VERSIONS OF THE SELECTED ARTICLES WITH
THE PRESENT DAY VERSIONS OF THOSE ARTICLES**

11. In connection with Defendants' Supplemental Reply in support of the their MTS, I undertook to compare the text of archived version of the Selected Articles as they appeared on *TNE* Online when initially published with the versions of those articles as they currently appear on *TNE* Online.[4] The results of that exercise, set forth below and in Exhibits I through O to this Declaration, demonstrate that the only difference between the initial versions of the Selected Articles and the versions as they appear today are the bylines.

12. A true and correct printout of the results of a text comparison of the Archived Version of the January 9 Article with the Present Day Version of the January 9 Article is attached hereto as Exhibit I.

13. A true and correct printout of the results of a text comparison of the Archived Version of the January 10 Article with the Present Day Version of the January 10 Article is attached hereto as Exhibit J.

14. A true and correct printout of the results of a text comparison of the Archived Version of the January 15 Article with the Present Day Version of the January 15 Article is attached hereto as Exhibit K.

15. A true and correct printout of the results of a text comparison of the Archived Version of the January 22 Article with the Present Day Version of the January 22 Article is attached hereto as Exhibit L.

16. A true and correct printout of the results of a text comparison of the Archived Version of the January 23 Article with the Present Day Version of the January 23 Article is attached hereto as Exhibit M.

---

[4] On April 29, 2021, I generated each of the printouts accompanying this declaration as Exhibits I through O using a Windows 10-operated PC, and through the use of software entitled Workshare Compare, Version 9.5.

17. A true and correct printout of the results of a text comparison of the Archived Version of the January 24 Article with the Present Day Version of the January 24 Article is attached hereto as Exhibit N.

18. A true and correct printout of the results of a text comparison of the Archived Version of the January 28 Article with the Present Day Version of the January 28 Article is attached hereto as Exhibit O.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April, 2021, at New York, NY.

Bradley R. Gershel