James A. Mitchell (Admitted *Pro Hac Vice*)
   MitchellJ@ballardspahr.com
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (646) 346-8006
Fax: (212) 223-1942

Robert S. Gutierrez (State Bar No. 143223)
   GutierrezR@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Tel.: 424.204.4400
Fax: 424.204.4350

Attorneys for Defendants
DAVID PECKER and WORLDWIDE MEDIA
SERVICES GROUP, INC. (successor in name to
American Media, Inc.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| MICHAEL SANCHEZ, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN MEDIA, INC., a Delaware corporation; THE NATIONAL ENQUIRER, INC., a Florida corporation; DAVID PECKER, an individual; DYLAN HOWARD, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-02924 DMG (PVCx)<br><br>**DECLARATION OF ROBERT S. GUTIERREZ IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE**<br><br>JUDGE: Hon. Dolly M. Gee<br>CTRM:   8C, 8th Floor |

## DECLARATION OF ROBERT S. GUTIERREZ

I, Robert S. Gutierrez declare and state as follows:

1. I am an attorney with the law firm of Ballard Spahr LLP, counsel for Defendants Worldwide Media Services Group, Inc. ("WMSG") and David Pecker (collectively "AMI Defendants") in the above-captioned matter.

2. I have personal knowledge of the following facts, and am competent to Testify in court if called as a witness.

3. Attached hereto as Exhibit A is a true and correct copy of a letter I sent to Jonathan Jenkins, counsel for Plaintiff Michael Sanchez ("Mr. Sanchez"), on April 7, 2021.

4. Attached hereto as Exhibit B are true and correct copies of pages from the transcript of the March 25, 2021 deposition of Mr. Sanchez. I attended the deposition of Mr. Sanchez and heard him give the testimony reflected on the pages of Exhibit B.

5. Attached hereto as Exhibit C are true and correct copies of pages from the transcript of the March 26, 2021 deposition of James Robertson. I attended the deposition of Mr. Robertson and heard him give the testimony reflected on the pages of Exhibit C.

6. Attached hereto as Exhibit D are true and correct copies of pages from an October 12, 2018 email from Mr. Sanchez to Dylan Howard (with a cc: to James Robertson). The two pages that comprise Exhibit D are the first two pages of a document that was marked as Exhibit 21 at Mr. Sanchez's March 25, 2021 deposition, and bear the Bates Nos. WMSG-966-WMSG-967.

7. Attached hereto as Exhibit E is a true and correct copy of a January 22, 2019 email from Mr. Sanchez to Dylan Howard that contains an image of a January 22, 2019 *National Enquirer* article entitled *Billionaire Jeff Bezos Buster – See The Shocking Cheating Photos That Destroyed His Marriage*. The document bears Bates No. SANCHEZ_000234 and was produced by Plaintiff in response to

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Defendants' First Set of Requests for Production of Documents. The document was marked as Exhibit 31 at Mr. Sanchez's March 25, 2021 deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April, 2021, in Los Angeles, California.

_____
ROBERT S. GUTIERREZ

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400