James A. Mitchell (Admitted *Pro Hac Vice*)
  MitchellJ@ballardspahr.com
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (646) 346-8006
Fax: (212) 223-1942

Robert S. Gutierrez (State Bar No. 143223)
  GutierrezR@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel.: 424.204.4400
Fax: 424.204.4350

Attorneys for Defendants
DAVID PECKER and WORLDWIDE MEDIA
SERVICES GROUP, INC. (successor in name to
American Media, Inc.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| MICHAEL SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDIA, INC., a Delaware corporation; THE NATIONAL ENQUIRER, INC., a Florida corporation; DAVID PECKER, an individual; DYLAN HOWARD, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02924 DMG (PVCx)<br><br>**DECLARATION OF ROBERT S. GUTIERREZ IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SUPPLEMENTAL REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE**<br><br>JUDGE: Hon. Dolly M. Gee<br>CTRM: 8C, 8th Floor |

DMEAST #44679396 v1

**DECLARATION OF ROBERT S. GUTIERREZ IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SUPPLEMENTAL REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE**

# DECLARATION OF ROBERT S. GUTIERREZ

I, Robert S. Gutierrez declare and state as follows:

1. I am an attorney with the law firm of Ballard Spahr LLP, counsel for Defendants Worldwide Media Services Group, Inc. ("WMSG") and David Pecker ("Defendants") in the above-captioned matter.

2. I have personal knowledge of the following facts, and am competent to Testify in court if called as a witness.

3. I make this declaration in support of Defendants' Request for Judicial Notice in support of Defendants' Supplemental Reply in support of Special Motion to Strike.

4. Attached hereto as Exhibit A is a true and correct copy of an April 8, 2021 article in the entertainment and media online news website The Wrap entitled *Endeavor Head Patrick Whitesell Denies He Tipped Off National Enquirer About Jeff Bezos Affair With His Wife*.

5. Attached hereto as Exhibit B is a true and correct certified copy of (i) a document entitled "Criminal Docket;" and (ii) a document entitled "Certificate of Imposition of Judgement of Sentence," both obtained from the Delaware County, Pennsylvania Court of Common Pleas, pertaining to Nikolaos Hatziefstathiou.

6. Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Duncan Hall (the "Hall Affidavit"), a Records Processor at the Internet Archive. Attached as Exhibit A to the Hall Affidavit are true and correct copies of the following articles:

   a. The archived version of an article published on *The National Enquirer's* website ("*TNE* Online") on January 9, 2019, entitled *Amazon Head Jeff Bezos & Wife MacKenzie Announce $160-Billion Divorce* from the Internet Archive's *Wayback Machine* at Archive.org ("Archive.org"), depicting the article as it appeared on *TNE* Online on January 11, 2019 (available at the URL

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

DMEAST #44679396 v1                                     1

https://web.archive.org/web/20190111220228/https://www.nationalenquirer.com/celebrity/jeff-bezos-wife-mackenzie-divorce/).

b. The archived version of a *TNE* Online article published on January 10, 2019, entitled *Lauren Sanchez: Jeff Bezos' Mystery Mistress Hid In Plain Sight* from Archive.org, depicting the article as it appeared on *TNE* Online on February 3, 2019 (available at the URL https://web.archive.org/web/20190203063553/https://www.nationalenquirer.com/photos/lauren-sanchez-jeff-bezos-amazon-affair-divorce-scandal/).

c. The archived version of a *TNE* Online article published on January 15, 2019, entitled *Jeff Bezos Spotted Having Cozy Meal With Lauren Sanchez 9 Months Before Divorce Announcement* from Archive.org, depicting the article as it appeared on *TNE* Online on February 3, 2019 (available at the URL https://web.archive.org/web/20190203090522/https://www.nationalenquirer.com/celebrity/jeff-bezos-spotted-on-cozy-date-with-lauren-sanchez-9-months-before-divorce-announcement/).

d. The archived version of a *TNE* Online article published on January 22, 2019, entitled *Billionaire Jeff Bezos Busted — See The Shocking Cheating Photos That Destroyed His Marriage* from Archive.org, depicting the article as it appeared on *TNE* Online on February 3, 2019 (available at the URL https://web.archive.org/web/20190203135143/https://www.nationalenquirer.com/photos/amazon-boss-jeff-bezos-affair-lauren-sanchez-exposed/).

e. The archived version of a *TNE* Online article published on January 23, 2019, entitled *Playing Footsie! Jeff Bezos And Mistress Lauren Sanchez Caught Flirting On Dinner Dates* from Archive.org,

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

depicting the article as it appeared on *TNE* Online on February 3, 2019 (available at the URL https://web.archive.org/web/20190203111442/https://www.nationalenquirer.com/photos/playing-footsie-jeff-bezos-and-mistress-lauren-sanchez-caught-flirting-on-dinner-dates/).

    f. The archived version of a *TNE* Online article published on January 24, 2019, entitled *More Shame For Billionaire Jeff Bezos! Inside The Never-Before-Seen Texts To His Mistress* from Archive.org, depicting the article as it appeared on *TNE* Online on January 24, 2019 (available at the URL https://web.archive.org/web/20190124224228/https://www.nationalenquirer.com/celebrity/more-shame-for-billionaire-jeff-bezos-inside-the-never-before-seen-texts-to-his-mistress/).

    g. The archived version of a *TNE* Online article published on January 28, 2019, entitled *Bezos Gets Even! Cheating Billionaire Jeff's Wife Has Upper Hand In Explosive Divorce* from Archive.org, depicting the article as it appeared on *TNE* Online on January 28, 2019 (available at the URL https://web.archive.org/web/20190128174728/https://www.nationalenquirer.com/celebrity/mackenzie-bezos-gets-even-cheating-billionaire-jeffs-wife-has-upper-hand-in-explosive-divorce/).

7. Attached hereto as Exhibit D are true and correct copies of the following Pennsylvania statutes, which I downloaded today from Casetext legal research technology:

    a. 18 Pa. Cons. Stat. Ann. § 4911(a)(2);

    b. 18 Pa. Cons. Stat. Ann. § 4104(a);

    c. 18 Pa. Cons. Stat. Ann. § 4120(a);

    d. 18 Pa. Cons. Stat. Ann. § 3922(a)(1);

e. 18 Pa. Cons. Stat. Ann. § 4904(a)(2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of April, 2021, in Los Angeles, California.

_____
ROBERT S. GUTIERREZ