1 - REDACTED Exhibit 4 to Supp. Sanchez Dec. ISO Supp. Opposition [Doc. 46-4]

**Photos & Addresses**

**TEXTS**



EXHIBIT A, PAGE 6





"Solo" premiere Hollywood May 11, 2018

 

"Manchester By The Sea" Premiere & Party at Bezos Beverly Hills home in 2016



Jeff to Lauren: "You can't fight chemistry"

Press about events: https://www.indiewire.com/2016/12/oscar-circuit-silence-martin-scorsese-jeff-bezos-1201752452/

EXHIBIT A, PAGE 8