2-UNREDACTED Exhibit 6 to Supp. Sanchez Dec. ISO Supp. Opposition [Doc. 46-6]

