3-REDACTED Exhibit 7 to Supp.
Sanchez Dec. ISO Supp. Opposition
[Doc. 46-7]

EXHIBIT
14
JAMES ROBERTSON
3/26/2021
Kyung Lee-Green, CSR

Message

**From**: Michael Z [axistalent@gmail.com]
**Sent**: 11/20/2018 8:26:41 PM
**To**: Howard, Dylan [dhoward@amilink.com]
**CC**: Robertson, James [jrobertson@amilink.com]
**Subject**: Re: EXTERNAL* November 20

I love it that you make me laugh even in a lawyer-infested situation.

Although the penis photo is not part of our Agreement, to verify its existence, I have no problem taking a polygraph, or showing it to you (or Andrea?) in-person.

But this is my sister and her boyfriend who I genuinely like. So I wouldn't sell that part of the story and I would never allow the photo to be copied in any form.

Michael

FYI- out of pocket at a client meeting until around 2.

On Nov 20, 2018, at 12:11 PM, Howard, Dylan <dhoward@amilink.com> wrote:

> I do not intend to scare you. At all. Lawyer wants to see the dick. We had attested to him that he could see it based on representations from you. Now I am in a cock-hold situation.
>
> ---
>
> **From:** Michael Sanchez <axistalent@gmail.com>
> **Date:** Tuesday, November 20, 2018 at 3:03 PM
> **To:** "Howard, Dylan" <dhoward@amilink.com>
> **Cc:** "Robertson, James" <jrobertson@amilink.com>
> **Subject:** Re: EXTERNAL* November 20
>
> As friends, I told you, James and Andrea I would show it to you, in-person.
> But it was never part of the deal and never part of our Agreement.
> You're scaring me with talk of lawyers and "without negotiation."
>
> On Tue, Nov 20, 2018 at 11:58 AM Howard, Dylan <dhoward@amilink.com> wrote:
>
>> You told me you would show me. Your words. I only know of its existence because you told me – and then told me you would show me.
>>
>> ---
>>
>> **From:** Michael Sanchez <axistalent@gmail.com>
>> **Date:** Tuesday, November 20, 2018 at 2:52 PM
>> **To:** "Howard, Dylan" <dhoward@amilink.com>

**Cc:** "Robertson, James" <jrobertson@amilink.com>
**Subject:** Re: EXTERNAL* November 20

James,

You have the info from the first page of your highlighted request (i.e. pics and REDACTED text) - correct?

# REDACTED

The second highlighted page had one text ("October") that I documented by taking notes (i.e. I wrote it down while Lauren was reading it to me over the phone).

So only one is missing, the September 11 text, correct?

Here it is:

EXHIBIT B, PAGE 10

CONFIDENTIAL

REDACTED

Dylan,

Not sure what to say about the penis photo.

I made it clear it would NEVER be a part of any deal.

It is not in our Agreement and will never be a part of any Agreement.

M

P.S. You guys are acting like I gave you everything. I didn't - because it would be way too much. But if there is anything you need for the story, just let me know and I will be happy to search through my files to see if any of the other texts, photos and/or screenshots of Signal messages will help with what you need.

On Tue, Nov 20, 2018 at 10:31 AM Howard, Dylan <dhoward@amilink.com> wrote:

A Skype call will suffice on the latter.

---

**From:** "Robertson, James" <jrobertson@amilink.com>
**Date:** Tuesday, November 20, 2018 at 1:30 PM
**To:** Michael Sanchez <axistalent@gmail.com>, "Howard, Dylan" <dhoward@amilink.com>
**Subject:** Re: EXTERNAL* November 20

These aren't the highlighted text messages I requested.

Please, can you re-send the specific highlighted messages, I have lifted parts to clarify which ones I need.

REDACTED

Re the penis photo.

The lawyer is telling us we have to see it, that's without negotiation.

It's also something you have repeatedly promised to do in the negotiations and then afterward once the deal (or payment) was finalized.

Thanks

**From:** Michael Sanchez <axistalent@gmail.com>
**Sent:** Tuesday, November 20, 2018 1:15:29 PM
**To:** Robertson, James; Howard, Dylan
**Subject:** EXTERNAL* November 20

Hi Dylan and James,

O.K. but *"get onboard or..."* sure felt like a threat.

No worries.

Let's move forward.

I've never given you false info, so you and I both know this legal exercise, while standard and necessary for your new attorney, is not going to make or break the story.

Regarding lawsuits, 100% truth, hard evidence, witnesses, subjects' status (i.e. "serious love affair") and their strong desire to protect families and lovers' privacy will likely cause them to back down, after initial / standard "template" legal threats.

Here's the info James requested...

**Error! Filename not specified.**

**Underwear selfie sent by Lauren to Michael via text**

==================================================

**Error! Filename not specified.**

**Screenshot of text from Lauren to Michael with message from Jeff included (above).**

**If you click on the text message, here's what populates (i.e. the entire message from Jeff):**

**Error! Filename not specified.**

========================================

**The October text is one of the few I wrote down as Lauren read it over the phone.**

Hope this helps.

Let me know if you need anything else.

M

P.S. The penis photo was/is not part of the Agreement.

On Tue, Nov 20, 2018 at 9:26 AM Howard, Dylan <dhoward@amilink.com> wrote:

> That's not a threat.
>
> ---
>
> **From:** Michael Sanchez <axistalent@gmail.com>
> **Date:** Tuesday, November 20, 2018 at 12:22 PM
> **To:** "Howard, Dylan" <dhoward@amilink.com>
> **Cc:** "Robertson, James" <jrobertson@amilink.com>
> **Subject:** Re: EXTERNAL* November

On cue...

...another threat.

Yawn.

I love you Dylan, but I need to be the drama queen. 😮

Again, I've already complied with every single contract Term.

And then I've gone above and beyond ever since.

And I will continue to go above and beyond, with or without threats.

I'll work on this when I get back to the office.

M

On Tue, Nov 20, 2018 at 8:37 AM Howard, Dylan <dhoward@amilink.com> wrote:

> Michael the contract states you need to assist us and these are not unreasonable requests when dealing with a story in which a subject matter is worth $144B and could bankrupt us all. Either you get on board with what's needed — legally cautious or not — or this has the potential to end badly for everyone.
>
> Dylan Howard
>
> Chief Content Officer, Vice-President
>
> American Media, Inc.
>
> 4 New York Plaza

Level 2

New York City

NY 10005

Office: 646-521-2837

Cell: 213-400-4798

Email: dhoward@amilink.com

On Nov 20, 2018, at 11:34 AM, Robertson, James <jrobertson@amilink.com> wrote:

I believe you.

The reason for all of these additional requests is that we are going through line by line with our attorney and fact checkers.

This is not an unreasonable request and it's not something you have already provided multiple times.

You were asked to provide the screenshots of the text messages. You didn't provide all of them.

There will be references to or about the highlighted material and we need to see the highlighted messages.

As we have told you many times, the "hard copy" is not substantial proof and we need the screenshots.

If you type a few less common words in the search box at the top of your iMessages, it will take you directly to that text.

Simply screenshot it and send. There are three messages in total. It shouldn't take more than a couple of minutes.

Thanks

---

**From:** Michael Sanchez <axistalent@gmail.com>
**Sent:** Tuesday, November 20, 2018 11:28:45 AM
**To:** Robertson, James
**Subject:** Re: EXTERNAL* November

Hi James,

Slammed today.

Is there a legit reason for all of these additional requests (i.e. the info will be specifically included in the story)?

I know you're being pressured by your attorney, but I don't have time to jump through legal hoops on info I've already provided multiple times, and on which I've agreed to take a polygraph - if necessary.

It's all 100% authentic.

If it's going to be included in the story, I'm happy to provide more detail.

But if it's just an overly cautious attorney, I can't let my business responsibilities slip through the cracks.

Please advise.

Thanks,

M

On Tue, Nov 20, 2018 at 7:46 AM Robertson, James <jrobertson@amilink.com> wrote:

Can you provide the screenshots of the highlighted texts below, please?

**Error! Filename not specified.**

**Error! Filename not specified.**

On Nov 20, 2018, at 9:31 AM, Michael Sanchez <axistalent@gmail.com> wrote:

<BIL Chad.jpg>

<BIL 3.jpg>

<BIL 4.JPG>

<BIL 11.jpg>

<BIL Phone.jpg>

<BIL Alive.jpg>

<BIL 2.jpg>

<Solo Premiere.jpg>

<6.jpg>

<Bil 1.jpg>

<BIL 3.jpg>