6 - REDACTED Exhibit 17 to Supp. Jenkins Dec. ISO Supp. Opposition [Doc. 46-17]



**EXHIBIT 6**
**JAMES ROBERTSON**
3/26/2021
Kyung Lee-Green, CSR

Message

| | |
|---|---|
| **From**: | Michael Sanchez [axistalent@gmail.com] |
| **Sent**: | 10/23/2018 2:15:27 PM |
| **To**: | Robertson, James [jrobertson@amilink.com] |
| **Subject**: | EXTERNAL* MS |
| **Attachments**: | Project 77.docx |
| **Flag**: | Flag for follow up |

Case 8:20-cv-02492-MCS-PVC Document 64-59 Filed 05/04/21 Page 4 of 6 Page ID #:1491
Case 2:20-cv-02492-MCS-PVC Document 54-5 (Ex Parte) Filed 03/16/21 Page 3 of 16 Page ID #:1019
Photos & Addresses

TEXTS

_____

CONFIDENTIAL

WMSG-001261

PHOTO OF Lauren AT WORLD PREMIERE

PHOTO OF JEFF AT PREMIERE w/ BF RON HOWARD

PHOTO OF JEFF & MACKENZIE



Lauren heard in background: "That counts doesn't it."        Blue Origin deleted LinkedIn Post



Blue Origin Mission 9 - West Texas - LinkedIn
https://www.linkedin.com/pulse/blue-origin-mission-9-west-texas-carl-cramer
Jul 20, 2018 - Highlights - having my director Peter Richardson shoot material in 8k, using helicopters, ... for Mark and Jeff Bezos standing behind me, Peter Berg on my left and Lauren Sanchez on my right, not to forget the amazing post ...

CONFIDENTIAL                                                                                              WMSG-001262


"Solo" premiere Hollywood May 11, 2018

 

"Manchester By The Sea" Premiere & Party at Bezos Beverly Hills home in 2016



Jeff to Lauren: "You can't fight chemistry"

Press about events: https://www.indiewire.com/2016/12/oscar-circuit-silence-martin-scorsese-jeff-bezos-1201752452/

CONFIDENTIAL

WMSG-001263