6-UNREDACTED Exhibit 18 to Supp. Jenkins Dec. ISO Supp. Opposition [Doc. 47-18]

