7-REDACTED Exhibit 20 to Supp. Jenkins Dec. ISO Supp. Opposition [Doc. 47-20]

EXHIBIT 12
JAMES ROBERTSON
3/26/2021
Kyung Lee-Green, CSR

Message

| | |
|---|---|
| **From**: | Robertson, James [jrobertson@amilink.com] |
| **Sent**: | 2/5/2019 7:26:54 PM |
| **To**: | Howard, Dylan [dhoward@amilink.com] |
| **Subject**: | BEZOS/SANCHEZ |

PHOTOS:

We have 338 'paparazzi' photos that meet the standards to publish e.g. clear frames of Jeff and Lauren.

To date, we have only published 22 of these images in print – meaning 316 photos remain unseen to The National Enquirer readers.

SELFIES:

As well as the penis photo, there are a total of 10 photos – 7 of Bezos and 3 of Sanchez – that we have obtained.

TEXTS:

We have 28 messages in total, not including images/selfies.

We have used extracts from the most salacious – but there are more graphic lines, such as "  ," that was omitted.

REPORTING:

**Mid-2017:**
Jeff made the first move at his Texas ranch while taking Lauren on a personal and private tour. Temptation took over when he leaned in for a kiss after a day of filming together.

**DEC 2017:**
A full-blown affair unravels with the pair romping in their marital beds in Seattle.

**FEB 2018:**
It gets serious, they first gushed, "I love you," to each other.

[TEXT MESSAGES BETWEEN FEB – SEPT]

**SEPT 2018:**
Despite them saying they told their spouses in the fall, Jeff made excuses to MacKenzie why she shouldn't attend a party at the end of **Sept**, hosted by Aviv "Vivi" Nevo, an Israeli-American venture capitalist and major shareholder in Time Warner. Lauren did the same with Patrick, who was to attend, because neither Jeff or Lauren wanted to be in the same room as each other *and* their spouses. Patrick went without Lauren, and he and Jeff talked business. The Amazon boss told confidants that there is a "competitive vibe" between the two moguls.

**NOV 2018:**

On **Nov. 9**, Lauren and Patrick were together on vacation in Cabo — where they own property. The trip didn't last long, however, and by **Nov. 11** Lauren packed her bags early to fly back and see Jeff in L.A. Around **Nov. 12**, MacKenzie began getting suspicious and was asking Jeff questions about Lauren. Her questioning was so direct that Jeff canceled travel plans to Texas where he intended to meet Lauren that same week to romp at his ranch under the shield of working on the Blue Origin project.

CONFIDENTIAL                                                                                                         WMSG-000611