UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-2924 DMG (PVCx)                                      Date: March 1, 2023

Title   Michael Sanchez v. American Media, Inc., et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | CS 03-01-23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Michael Waddington | James Alfred Mitchell |
|  | Robert S. Gutierrez |

| Attorneys Present for Third Party Jeffrey Bezos: | Attorneys Present for Third Party Lauren Sanchez: |
|---|---|
| William Isaacson | Terry Bird |
|  | Oliver Rocos |

**PROCEEDINGS: [IN CHAMBERS] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS TO QUASH**

On March 1, 2023, the Court held a virtual status conference via Zoom in the above-referenced action to address the calendar for the anticipated motions to quash subpoenas for testimony and documents to be filed by third parties Jeffrey Bezos and Lauren Sanchez. The parties agreed to the following schedule:

**March 10, 2023:**   deadline for Mr. Bezos and Ms. Sanchez to submit their portion of their respective Joint Stipulations to Plaintiff pursuant to Local Rule 37-2.2

**April 7, 2023:**   deadline for Plaintiff to return his portion of the Joint Stipulations to Mr. Bezos and Ms. Sanchez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-2924 DMG (PVCx)                                           Date:  March 1, 2023

Title        Michael Sanchez v. American Media, Inc., et al.

| | |
|---|---|
| **April 8, 2023:** | deadline for Mr. Bezos and Ms. Sanchez to file their respective Joint Stipulations with the Court |
| **April 18, 2023:** | deadline for any party to file an optional supplemental memorandum pursuant to Local Rule 37-2.3 |

The hearing on the motions to quash will be held in-person on **Thursday, May 4, 2023 at 11 a.m.** in Judge Castillo's courtroom on the fifth floor of the Edward R. Roybal Federal Building and United States Courthouse, Courtroom 590, 255 East Temple Street, Los Angeles, California 90012.

The Deputy Clerk is DIRECTED to forward copies of this Order to counsel for Plaintiff and Defendants via the Court's CM/ECF electronic docket and via email to the above-listed counsel for Mr. Bezos and Ms. Sanchez.

IT IS SO ORDERED.

|  | 00:11 |
|---|---|
| **Initials of Preparer** | mr |