**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANCHEZ, an individual,<br>    Plaintiff,<br>    v.<br>AMERICAN MEDIA, INC., a Delaware corporation; DAVID PECKER, an individual; and DOES 1–10, inclusive,<br>    Defendants. | Case No. CV 20-2924-DMG (PVCx)<br>**JUDGMENT** |

Pursuant to the Court's Order re Defendants' Motion for Summary Judgment, filed August 2, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants American Media, Inc. and David Pecker, and against Plaintiff Michael Sanchez.

DATED:   August 2, 2023

                                                                                       _____
                                                                                       DOLLY M. GEE
                                                                                       UNITED STATES DISTRICT JUDGE